IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Paul Abner and Christina Denise Abner, <br><br><br><br> Debtor. | Chapter 7 <br><br> Case No. 08-05067-SSC <br><br> Adv. No. 08-ap-00525 <br><br> (Not for Publication- Electronic Docketing ONLY) <br><br> ORDER INCORPORATING MEMORANDUM DECISION DATED SEPTEMBER 28, 2009 |

Based upon this Court's Memorandum Decision dated September 28, 2009, which is incorporated herein by reference:

The Court finds that the Plaintiff has not met his burden of proof under 11 U.S.C. § 523(a)(2), and (6).  Therefore, the entire debt owed to the Plaintiff is discharged.

DATED this 28th day of September, 2009.

Honorable Sarah Sharer Curley
United States Bankruptcy Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2